UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
08M-1017-JGD

UNITED STATES OF AMERICA

v.

WAYNE THOMPSON

## **ORDER**

May 16, 2008

DEIN, M.J.

To the extent that the parties, by way of the Defendant's Assented To Motion to Continue Probable Cause Hearing (Docket No. 5), seek to continue the date for that hearing, the motion is allowed, and the probable cause hearing - if necessary - shall be held on **May 21, 2008 at 2:00 PM**.

To the extent, however, that the parties, by way of that motion, seek excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter – relating to the period of time within which an indictment must be brought – must be brought to the miscellaneous business docket.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge